FILED

2019 MAR 15  PM 2: 12

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY_____

COPY

NICOLA T. HANNA
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
MICHAEL R. SEW HOY (CA Bar No. 243391)
Assistant United States Attorney
Asset Forfeiture Section
   312 North Spring Street, 14th Floor
   Los Angeles, California 90012
   Telephone: (213) 894-3314
   Facsimile: (213) 894-0142
   E-mail: Michael.R.Sew.Hoy@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>       v.<br><br>$182,400.00 in U.S. CURRENCY AND 28 ASSORTED MONEY ORDERS VALUED AT $20,000.00,<br><br>       Defendants. | No. 19CM00236<br><br>STIPULATION AND REQUEST TO EXTEND THE DEADLINE TO FILE CIVIL FORFEITURE COMPLAINT<br><br>[PROPOSED ORDER LODGED CONTEMPORANEOUSLY HEREWITH] |

    It is hereby stipulated by and between the United States of America (the "government") and Claimants Martiza Torres ("Torres") and Fany Lopez ("Lopez") through their counsel, Jacek W. Lentz, as follows:

1. Claimants Torres and Lopez filed written claims in administrative forfeiture proceedings commenced by the Drug Enforcement Administration ("DEA") with respect to $184,400.00 in U.S. Currency and 28 Assorted Money Orders valued at $20,000.00 (the "defendant funds").

2. The government asserts that DEA has sent the written notice on intent to forfeiture required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties. Under 18 U.S.C. § 983(a)(2)(A)–(E), the time has either expired or been tolled for any person to file a claim to the defendant funds.

3. Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the seized funds and/or to obtain an indictment alleging that the seized currency is subject to forfeiture within 90 days after a claim has been filed in the administrative forfeiture proceedings, which in this case is March 31, 2019, but the statue provides for an extension of this date by court order or upon agreement of the parties.

4. Claimants do not desire that the government initiate a civil forfeiture action against the defendant funds at this time, because the parties desire additional time to discuss resolution of the matter.

5. As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to extend the time in which the United States is required to file a complaint for forfeiture or indictment against the seized funds, in order to provide the parties an opportunity to discuss settlement.

6. The parties request and agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the seized funds and/or to obtain an indictment alleging that the assets are subject to forfeiture be extended from March 31, 2019, to May 30, 2019 .

7. Claimants knowingly, intelligently, and voluntarily gives up any right they may have under 18 U.S.C. § 983(a)(3)(A)-(C) to require the United States to file a complaint for forfeiture against the defendant funds and/or to obtain an indictment

2

alleging that the defendant funds are subject to forfeiture by March 31, 2019, and any right they may have to seek dismissal of any complaint and/or any forfeiture allegation in an indictment on the ground that it was not filed or returned on or before such date.

NOW, THEREFORE, the parties hereto, by and through their respective attorneys, hereby STIPULATE AND REQUEST that the government's time to file a civil forfeiture complaint in connection with the seizure of the defendant funds be extended to and including May 30, 2019.

**SO STIPULATED**

Dated: March 15, 2019

Respectfully submitted,

NICOLA T. HANNA
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

      /s/*Michael R. Sew Hoy*
MICHAEL R. SEW HOY
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

Dated: March 15, 2019

      /s/ (per e-mail confirmation)
JACEK W. LENTZ
Attorney for Claimants
MARITZA TORRES
FANY LOPEZ

3

## PROOF OF SERVICE BY MAIL

I am over the age of 18 and not a party to the within action. I am employed by the Office of the United States Attorney, Central District of California. My business address is 312 North Spring Street, Suite 1400, Los Angeles, California 90012.

On <u>March 15, 2019</u>, I served a <u>STIPULATION AND REQUEST TO EXTEND THE DEADLINE TO FILE CIVIL FORFEITURE COMPLAINT</u> on each person or entity named below by enclosing a copy in an envelope addressed as shown below and placing the envelope for collection and mailing on the date and at the place shown below following our ordinary office practices.

**TO:**   Jacek w. Lentz, Esq.
　　　　The Lentz Law Firm, P.C.
　　　　1200 Wilshire Blvd, Suite 406
　　　　Los Angeles, CA 90017

<u>X</u> I am readily familiar with the practice of this office for collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on: <u>March 15, 2019</u>, at Los Angeles, California.

　　　　　　　　　　　　　　/s/ Beckman
　　　　　　　　　　　　　　Shannen Beckman