LODGED
2019 MAR 15 PM 2:12
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY _____

FILED
CLERK, U.S. DISTRICT COURT
MAR 20 2019
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

COPY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CM00236 |
|---|---|
| Plaintiff, | [~~PROPOSED~~] ORDER |
| v. | |
| $182,400.00 in U.S. CURRENCY AND 28 ASSORTED MONEY ORDERS VALUED AT $20,000.00, | |
| Defendants. | |

Pursuant to the stipulation and request of the parties, and good cause appearing therefor, IT IS ORDERED that, pursuant to 18 U.S.C. § 983(a)(3)(A), the deadline by which the United States of America shall be required to file a complaint for forfeiture

///

///

with respect to the above-captioned $182,400.00 in U.S. currency And 28 Assorted Money Orders Valued at $20,000.00, shall be extended until and including Thursday, May 30, 2019.

**IT IS SO ORDERED**.

MAR 1 9 2019
_____
DATE

GEORGE H. WU
_____
HONORABLE
UNITED STATES DISTRICT JUDGE

Presented by:

NICOLA T. HANNA
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Chief, Asset Forfeiture Section


   /s/ Michael R. Sew Hoy
_____
MICHAEL R. SEW HOY
Assistant United States Attorney

Attorneys for the Plaintiff
UNITED STATES OF AMERICA

## **PROOF OF SERVICE BY MAIL**

I am over the age of 18 and not a party to the within action. I am employed by the Office of the United States Attorney, Central District of California. My business address is 312 North Spring Street, Suite 1400, Los Angeles, California 90012.

On <u>March 15, 2019</u>, I served a <u>[PROPOSED] ORDER</u> on each person or entity named below by enclosing a copy in an envelope addressed as shown below and placing the envelope for collection and mailing on the date and at the place shown below following our ordinary office practices.

**TO:** Jacek w. Lentz, Esq.
The Lentz Law Firm, P.C.
1200 Wilshire Blvd, Suite 406
Los Angeles, CA 90017

<u>X</u> I am readily familiar with the practice of this office for collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on: <u>March 15, 2019</u>, at Los Angeles, California.

*/s/ Beckman*
Shannen Beckman